C. A. HAYNES & Co. *v.* UNITED STATES

**No. 7016.**—Invoice dated London, England, March 23, 1946.
　　　Certified April 4, 1946.
　　　Entered at New York, N. Y., April 30, 1946.
　　　Entry No. 756667.

(Decided March 13, 1947)

*B. A. Levett* for the plaintiff.
*Paul P. Ráo*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

CHARLES L. KING ET AL. *v.* UNITED STATES

**No. 7017.**—Invoices dated London, England, January 23, 1946, etc.
　　　Certified January 28, 1946, etc.
　　　Entered at New York, N. Y., March 14, 1946.
　　　Entry No. 745183, etc.

(Decided March 13, 1947)

*John D. Rode* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

MOLLISON, Judge:　The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.